UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| HELEN ADELE HERNANDEZ,<br>    Plaintiff,<br>    v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | Case No.  15-cv-03359-NJV<br><br>**ORDER ON STIPULATION**<br>Re: Dkt. No. 18 |

Based upon the parties' Stipulation for Remand (Doc. 18) pursuant to sentence four of 42 U.S.C. § 405(g), and to Entry of Judgment ("Stipulation for Remand"), and for cause shown, IT IS ORDERED that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

A separate Judgment will issue.

**IT IS SO ORDERED**.

Dated: January 29, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge